No. 25-10613-B

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

*League of Women Voters of Florida, Inc., et al.*,
Plaintiffs-Appellees,

v.

*Florida Secretary of State*,
Defendant-Appellant.

U.S. District Court for the Northern District of Florida, No. 4:21-cv-186-MW-MAF
(Walker, C.J.)

## DEFENDANT-APPELLANT FLORIDA SECRETARY OF STATE'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Mohammad O. Jazil
Michael Beato
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 South Monroe Street, Suite 500
Tallahassee, FL 32301
(850) 274-1690

*Counsel for the Florida Secretary of State*

*League of Women Voters of Florida, Inc., et al. v. Florida Secretary of State*

25-10613-B

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Per Rule 26.1 and Circuit Rule 26.1, Defendant-Appellant Florida Secretary of State certifies that the following have an interest in the outcome of this case. Note that Defendants, as opposed to "Defendant-Appellant," refer to defendants in the case, other than the Florida Secretary of State.

1. Adkins, Janet, *Defendant*

2. Advancement Project National Office, *Attorneys for Plaintiffs-Appellees*

3. Aguilera, Ceclila, *Attorney for Plaintiffs-Appellees*

4. Alachua County Attorney's Office, *Attorneys for Defendant*

5. Andersen, Mark, *Defendant*

6. Anderson, Christopher, *Defendant*

7. Anderson, Shirley, *Defendant*

8. Anstaett, David, *Attorney for Plaintiffs-Appellees*

9. Arnold & Porter, LLP, *Attorneys for Plaintiffs-Appellees*

10. Arnold, Melissa, *Defendant*

11. Arrington, Mary, *Defendant*

12. Baird, Maureen, *Defendant*

13. Baker McKenzie, LLP, *Attorney for Plaintiffs-Appellees*

14. Bardos, Andy, *Attorney for Defendants*

15. Barton, Kim, *Defendant*

16. Beasley, Bobby, *Defendant*

17. Beato, Michael, *Attorney for Defendant-Appellant*

18. Begakis, Steven, *Attorney for Intervenor-Defendant*

19. Bell, Daniel, *Chief Deputy Solicitor General of Florida*

20. Benda, Kyle, *Attorney for Defendant*

21. Bennett, Michael, *Defendant*

22. Bentley and Bruning PA, *Attorney for Defendant*

23. Bentley, Morgan, *Attorney for Defendant*

24. Bernstein, Daniel, *Attorney for Plaintiffs-Appellees*

25. Bishop, Marty, *Defendant*

26. Black Voters Matter Fund LLC, *Plaintiff-Appellee*

27. Bledsoe, William, *Attorney for Defendant*

28. Branch, Aria, *Attorney for Plaintiffs-Appellees*

29. Brewton Plante PA, *Attorneys for Defendants*

30. Brigham, Robert, *Plaintiff-Appellee*

31. Brodeen, Karen, *Attorney for Defendants*

32. Broward County Attorney's Office, *Attorney for Defendant*

33. Brown, Summer, *Attorney for Defendant*

34. Brown, Tomi, *Defendant*

35. Byrd, Cord, *Defendant-Appellant*

36. Cannon, Starlet, *Defendant*

37. Case, Andrew, *Attorney for Plaintiffs-Appellees*

38. Chambless, Chris, *Defendant*

39. Chason, Sharon, *Defendant*

40. Choi, Ellen, *Attorney for Plaintiffs-Appellees*

41. City of Jacksonville, Office of General Counsel, *Attorneys for Defendant*

42. City of Orlando, *Attorneys for Defendant*

43. Clark Partington, *Attorneys for Defendant*

44. Common Cause, *Plaintiff-Appellee*

45. Consovoy McCarthy PLLC, *Attorneys for Intervenor-Defendant*

46. Conyers, Grant, *Defendant*

47. Corley, Brian, *Defendant*

48. County of Volusia, *Attorneys for Defendant*

49. Covington & Burling LLP, *Attorneys for Plaintiffs-Appellees*

50. Cowles, Bill, *Defendant*

51. Cuffe, Edward, *Attorney for Defendant*

52. Cycon, John, *Attorney for Defendant-Appellant*

53. Dandeneau, Debra, *Attorney for Plaintiffs-Appellees*

54. Darrow Everett LLP, *Attorneys for Plaintiffs-Appellees*

55. Davis, Ashley, *Attorney for Defendant-Appellant*

56. Davis, Vicki, *Defendant*

57. Demos, *Attorneys for Plaintiffs-Appellees*

58. Devaney, William, *Attorney for Plaintiffs-Appellees*

59. Disability Rights Florida, *Plaintiff-Appellee*

60. District of Columbia, *Amicus*

61. Doyle, Tommy, *Defendant*

62. Driggers, Heath, *Defendant*

63. Druks, Roni, *Attorney for Plaintiffs-Appellees*

64. Duke, P. Benjamin, *Attorney for Plaintiffs-Appellees*

65. Dunaway, Carol, *Defendant*

66. Earley, Mark, *Defendant*

67. Edwards, Brendalyn, *Attorney for Defendant*

68. Edwards, Jennifer, *Defendant*

69. Edwards, Lori, *Defendant*

70. Elias Law Group, *Attorneys for Plaintiffs-Appellees*

71. Elias, Marc, *Attorney for Plaintiffs-Appellees*

72. Equal Ground Education Fund, *Plaintiff-Appellee*

73. Erdelyi, Susan, *Attorney for Defendants*

74. Escambia County Attorney's Office, *Attorneys for Defendant*

75. Fair Elections Center, *Attorneys for Plaintiffs-Appellees*

76. Fajana, Francisca, *Attorney for Plaintiffs-Appellees*

77. Fajana, Morenike, *Attorney for Plaintiffs-Appellees*

78. Farnam, Alteris, *Defendant*

79. Faruqui, Bilal, *Attorney for Defendant*

80. Feiser, Craig, *Attorney for Defendant*

81. Ferenc, Samuel, *Attorney for Plaintiffs-Appellees*

82. Florida Alliance for Retired Americans Inc., *Plaintiff-Appellee*

83. Florida Department of State, *Defendant-Appellant*

84. Florida Office of the Attorney General, *Attorneys for Defendant*

85. Florida Rising Together, *Plaintiff-Appellee*

86. Florida State Conference of the NAACP, *Plaintiff-Appellee*

87. Ford, Christina, *Attorney for Plaintiffs-Appellees*

88. Fouhey, Elizabeth, *Attorney for Plaintiffs-Appellees*

89. Fox, David, *Attorney for Plaintiffs-Appellees*

90. Freedman, John, *Attorney for Plaintiffs-Appellees*

91. Galbraith, Miles, *Attorney for Plaintiffs-Appellees*

92. Galindo, Emily, *Attorney for Plaintiffs-Appellees*

93. Gardner Bist Bowden et al, *Attorneys for Defendants*

94. Genberg, Jack, *Attorney for Plaintiffs-Appellees*

95. Giannini, Mary, *Attorney for Defendant*

96. Gibson, Benjamin, *Attorney for Intervenor-Defendant*

97. Goldsmith, Kia, *Attorney for Defendant*

98. Gray Robinson PA, *Attorneys for Defendant*

99. Green, Tyler, *Attorney for Intervenor-Defendant*

100. Griffin, Joyce, *Defendant*

101. Grimm, Dillon, *Attorney for Plaintiffs-Appellees*

102. Hanlon, John, *Defendant*

103. Harriett Tubman Freedom Fighters Corp., *Plaintiff-Appellee*

104. Hart, Travis, *Defendant*

105. Hays, Alan, *Defendant*

106. Healy, Karen, *Highlands County Supervisor of Elections*

107. Heard, Bradley, *Attorney for Plaintiffs-Appellees*

108. Henderson Franklin Starnes etc., *Attorneys for Defendants*

109. Hernando County Attorney's Office, *Attorneys for Defendant*

110. Herron, Mark, *Attorney for Defendant*

111. Hillsborough County Office of the County Attorney, *Attorneys for Defendant*

112. Hirschel, Andrew, *Attorney for Plaintiff-Appellees*

113. Hispanic Federation, *Plaintiff-Appellee*

114. Hogan, Mike, *Defendant*

115.  Holt, Dallin, *Attorney for Defendant-Appellant*

116.  Holtzman Vogel Baran, et al., *Attorneys for Defendant-Appellant*

117.  Hoots, Brenda, *Defendant*

118.  Houlihan, Ashley, *Attorney for Defendant*

119.  Hutto, Laura, *Defendant*

120.  Janousek, John, *Attorney for Defendants*

121.  Jarone, Joseph, *Attorney for Defendant*

122.  Jazil, Mohammad, *Attorney for Defendant-Appellant*

123.  Johnson, Kia, *Attorney for Defendant*

124.  Jones, Tammy, *Defendant*

125.  Jouben, Jon, *Attorney for Defendant*

126.  Joyner, Nia, *Attorney for Plaintiffs-Appellees*

127.  Kahn, Jared, *Attorney for Defendant*

128.  Kanter Cohen, Michelle, *Attorney for Plaintiffs-Appellees*

129.  Karpatkin, Jeremy, *Attorney for Plaintiffs-Appellees*

130.  Keen, William, *Defendant*

131.  Khazem, Jad, *Attorney for Plaintiffs-Appellees*

132.  King Blackwell Zehnder, etc PA, *Attorneys for Plaintiffs-Appellees*

133.  King, Nellie, *Attorney for Plaintiffs-Appellees*

134.  Kinsey, Jennifer, *Defendant*

135. Kirk, Stephen, *Plaintiff-Appellee*

136. Klitsberg, Nathaniel, *Attorney for Defendant*

137. Knight, Shirley, *Defendant*

138. Labasky, Ronald, *Attorney for Defendants*

139. Latimer, Craig, *Defendant*

140. Latino Justice PRLDEF, *Attorneys for Plaintiffs-Appellees*

141. Lavia, John, *Attorney for Defendants*

142. Law Office of Jack D. Evans, *Attorneys for Defendant*

143. Law Offices of Nellie King PA, *Attorneys for Plaintiffs-Appellees*

144. League of Women Voters of Florida Education Fund Inc., *Plaintiff-Appellee*

145. League of Women Voters of Florida, Inc., *Plaintiff-Appellee*

146. Lenhart, Kaiti, *Defendant*

147. Lewis, Lisa, *Defendant*

148. Link, Wendy, *Defendant*

149. Lux, Paul, *Defendant*

150. Madduri, Lalitha, *Attorney for Plaintiffs-Appellees*

151. Madison, Alan, *Plaintiff-Appellee*

152. Marcus, Julie, *Defendant*

153. Mari, Frank, *Attorney for Defendants*

154. Marks Gray PA, *Attorneys for Defendant*

155. McNeil, Justin, *Jefferson County Supervisor of Elections*

156. McVay, Bradley, *Attorney for Defendant-Appellant*

157. Meadows, Therisa, *Defendant*

158. Meros, George, *Attorney for Intervenor-Defendant*

159. Messer Caparello & Self PA, *Attorneys for Defendant*

160. Miami-Dade County Attorney's Office, *Attorneys for Defendant*

161. Miller, Jeffrey, *Attorney for Plaintiff-Appellees*

162. Milton, Chris, *Defendant*

163. Mood, Kirsten, *Attorney for Defendant*

164. Moore, James, *Attorney for Defendants*

165. Morales, Ivan, *Attorney for Plaintiffs-Appellees*

166. Morgan, Joseph, *Defendant*

167. NAACP Legal Defense & Education Fund, Inc., *Attorneys for Plaintiffs-Appellees*

168. Nabors Giblin, & Nickerson PA, *Attorneys for Defendant*

169. Nasseri, Cyrus, *Attorney for Plaintiffs-Appellees*

170. National Center for Law and Economic Justice, *Attorneys for Plaintiffs-Appellees*

171. National Republican Senatorial Committee, *Intervenor-Defendant*

172. Negley, Mark, *Defendant*

173. Nelson, William III, *Attorney for Defendant*

174. Nordby, Daniel, *Attorney for Intervenor-Defendant*

175. Norris, Cameron, *Attorney for Intervenor-Defendant*

176. Oakes, Vicky, *Defendant*

177. O'Brien, Colleen, *Attorney for Defendant-Appellant*

178. O'Bryant, Patrick, *Attorney for Defendant*

179. O'Callaghan, Brendan, *Attorney for Plaintiffs-Appellees*

180. Ogg, Penny, *Defendant*

181. Olivo, Geraldo, *Attorney for Defendants*

182. Ortega, Michael, *Attorney for Plaintiffs-Appellees*

183. Osborne, Deborah, *Defendant*

184. Ott, London, *Attorney for Defendant*

185. Overturf, Charles, *Defendant*

186. Palm Beach County Supervisor of Elections, *Attorneys for Defendant*

187. Paralyzed Veterans of America Central Florida Chapter, *Plaintiff-Appellee*

188. Paralyzed Veterans of America Florida Chapter, *Plaintiff-Appellee*

189. Perkins Coie LLP, *Attorneys for Plaintiffs-Appellees*

190. Perko, Gary, *Attorney for Defendant-Appellant*

191. Pinellas County Attorney's Office, *Attorneys for Defendant*

192. Poder Latinx, *Plaintiff-Appellee*

193. Poliak, Shira, *Attorney for Plaintiffs-Appellees*

194. Powers, John, *Attorney for Plaintiffs-Appellees*

195. Price, Tara, *Attorney for Intervenor-Defendant*

196. Republican National Committee, *Intervenor-Defendant*

197. Riley, Heathers, *Defendant*

198. Rogers, Susan, *Plaintiff-Appellee*

199. Roper PA, *Attorneys for Defendants*

200. Rosenthal, Oren, *Attorney for Defendant*

201. Rudd, Carol, *Defendant*

202. Salzillo, Benjamin, *Attorney for Defendant*

203. Sanchez, Connie, *Defendant*

204. Scoon, Cecile, *Plaintiff-Appellee*

205. Scott, Dale, *Attorney for Defendant*

206. Scott, Joe, *Defendant,*

207. Scott, Lori, *Defendant*

208. Scott, Sharion, *Attorney for Plaintiffs-Appellees*

209. Segarra, Esperanza, *Attorney for Plaintiffs-Appellees*

210. Seyfang, Amanda, *Defendant*

211. Shannin Law Firm PA, *Attorneys for Defendants*

212. Shannin, Nicholas, *Attorney for Defendant*

213. Shapiro, Peter, *Attorney for Plaintiffs-Appellees*

214. Shaud, Matthew, *Attorney for Defendant*

215. Shearman, Robert, *Attorney for Defendants*

216. Sherman, Jonathan, *Attorney for Plaintiffs-Appellees*

217. Shutts & Bowen LLP, *Attorneys for Intervenor-Defendant*

218. Siegel, Rachel, *Attorney for Defendant*

219. Sivalingam, Danielle, *Attorney for Plaintiffs-Appellees*

220. Smith, Diane, *Defendant*

221. Southerland, Dana, *Defendant*

222. Southern Poverty Law Center, *Attorneys for Plaintiffs-Appellees*

223. Stafford, David, *Defendant*

224. Stafford, William, *Attorney for Defendant*

225. Stamoulis, Paula, *Defendant*

226. Stewart, Gregory, *Attorney for Defendant*

227. Stiefel, Aaron, *Attorney for Plaintiffs-Appellees*

228. Swain, Robert, *Attorney for Defendant*

229. Swan, Leslie, *Defendant*

230. Tarpley, Carlton, *Attorney for Plaintiffs-Appellees*

231. Tessitore Mari, PLLC, *Attorneys for Defendant*

232. Theodore, Elisabeth, *Attorney for Plaintiffs-Appellees*

233. Todd, Stephen, *Attorney for Defendant*

234. Trigg, Amia, *Attorney for Plaintiffs-Appellees*

235. Tuetken, Adam, *Attorney for Amicus*

236. Turner, Ron, *Defendant*

237. United States of America, *Amicus*

238. UnidosUS, *Plaintiff-Appellee*

239. Uthmeier, James, *Defendant*

240. Valdes, Michael, *Attorney for Defendant*

241. Vicari, Kelly, *Attorney for Defendant*

242. Vigil, Angela, *Attorney for Plaintiffs-Appellees*

243. Villane, Tappie, *Defendant*

244. Volusia County Attorney, *Attorneys for Defendant*

245. Walker, Gertrude, *Defendant*

246. Walker, Mark, *District Court Judge*

247. Washington, D.C., Office of the Attorney General, *Attorneys for Amicus*

248. Wermuth, Frederick, *Attorney for Plaintiffs-Appellees*

249. Whitaker, Henry C., *Solicitor General of Florida*

250. White, Christina, *Defendant*

251. Wilcox, Wesley, *Defendant*

*League of Women Voters of Florida, Inc., et al. v. Florida Secretary of State*
25-10613-B

252. Williams, Jillian, *Attorney for Plaintiffs-Appellees*

253. Zacherl, Frank, *Attorney for Intervenor-Defendant*

254. Zehnder, Thomas, *Attorney for Plaintiffs-Appellees*

Per Circuit Rule 26.1-2(c), Defendant-Appellant Florida Secretary of State certifies that the CIP contained herein is complete.

Dated: March 3, 2025

/s/ Mohammad O. Jazil
*Counsel for Defendant-Appellant Florida Secretary of State*

| Dated: March 3, 2025 | /s/ Mohammad O. Jazil |
|---|---|
| | Mohammad O. Jazil |
| | Michael Beato |
| | HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC |
| | 119 South Monroe Street, Suite 500 |
| | Tallahassee, FL 32301 |
| | Phone: (850) 391-0503 |
| | Fax: (850) 741-1023 |
| | mjazil@holtzmanvogel.com |
| | mbeato@holtzmanvogel.com |
| | zbennington@holtzmanvogel.com |
| | |
| | Bradley R. McVay |
| |    Deputy Secretary of State |
| | Ashley E. Davis |
| |    Chief Deputy General Counsel |
| | Brad.McVay@dos.myflorida.com |
| | Ashley.Davis@dos.myflorida.com |
| | FLORIDA DEPARTMENT OF STATE |
| | R.A. Gray Building, Suite 100 |
| | 500 South Bronough Street |
| | Tallahassee, Florida 32399 |
| | Phone: (850) 245-6536 |
| | Fax: (850) 245-6127 |
| | |
| | *Counsel for Defendant-Appellant Florida Secretary of State* |

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing complies with the typeface and type-style requirements of Rule 32.

Dated: March 3, 2025                      /s/ Mohammad O. Jazil
                                                           Mohammad O. Jazil

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing certificate was filed on ECF. It was also emailed to Plaintiffs' counsel.

Dated: March 3, 2025                      /s/ Mohammad O. Jazil
                                                           Mohammad O. Jazil