No. 25-10613

# In the United States Court of Appeals for the Eleventh Circuit

LEAGUE OF WOMEN VOTERS OF FLORIDA, INC., et al.
*Plaintiffs-Appellees*,

v.

FLORIDA SECRETARY OF STATE
*Defendant-Appellant.*

On Appeal from the United States District Court
for the Northern District of Florida
No. 4:21-cv-186 (Walker, C.J.)

**Plaintiffs'-Appellees' Certificate of Interested Parties**

| | |
|---|---|
| Frederick S. Wermuth | David R. Fox |
| KING, BLACKWELL, ZEHNDER & WERMUTH, P.A. | ELIAS LAW GROUP LLP |
| P.O. Box 1631 | 250 Massachusetts Ave NE |
| | Suite 400 |
| Orlando, FL 32802-1631 | Washington, DC 20001 |
| Telephone: (407) 422-2472 | Telephone: (202) 968-4490 |

*Counsel for Plaintiffs-Appellees*

# CERTIFICATE OF INTERESTED PERSONS

Under Eleventh Circuit Rule 26.1, Plaintiffs-Appellees certify that Appellant's CIP filed March 3, 2025, is complete, except for the addition of the following individuals:

1. Bender, Robert, *Defendant*

2. Blazier, Melissa, *Defendant*

3. Bobanic, Tim, *Defendant*

4. Castor Dentel, Karen, *Defendant*

5. Chaires, Darbi, *Defendant*

6. Darus, Lisa, *Defendant*

7. Farrington, Scott, *Defendant*

8. Frost, Elisabeth, *Attorney for Plaintiffs-Appellees*

9. Garcia, Alina, *Defendant*

10. Holland, Jerry, *Defendant*

11. Hodie, Sherri, *Defendant*

12. LaVancher, Denise, *Defendant*

13. May, David, *Defendant*

14. Bell, Melony, *Defendant*

15. Messer, Ryan, *Defendant*

16. Milligan, Michelle, *Defendant*

17.  Pennock, Amy, *Defendant*

18.  Pierce, Rhonda H., *Defendant*

19.  Pettis, Deidra, *Defendant*

20.  Taylor, Sherry, *Defendant*

21.  Valenti, Leah, *Defendant*

22.  Ward, Nina, *Defendant*

23.  Wertz, Debbie, *Defendant*

24.  Williams, Kenya, *Defendant*

25.  Williams, H. Russell, *Defendant*

## CORPORATE DISCLOSURE STATEMENT

Under Federal Rule of Appellate Procedure 26.1, Plaintiffs-Appellees certify that the League of Women Voters of Florida, Inc.; the League of Women Voters of Florida Education Fund, Inc.; Black Voters Matter Fund, Inc.; and the Florida Alliance of Retired Americans, Inc. each has no parent corporation, and no publicly held corporation owns 10% or more of any of those entities' stock. The remaining Plaintiffs-Appellees are individual persons.

|  |  |
|---|---|
|  | *s/ David R. Fox* |
| Frederick S. Wermuth | David R. Fox |
| KING, BLACKWELL, ZEHNDER & WERMUTH, P.A. | ELIAS LAW GROUP LLP |
|  | 250 Massachusetts Ave NE |
| P.O. Box 1631 | Suite 400 |
| Orlando, FL 32802-1631 | Washington, DC 20001 |
| Telephone: (407) 422-2472 | Telephone: (202) 968-4490 |
| fwermuth@kbzwlaw.com | dfox@elias.law |

*Counsel to Plaintiffs-Appellees*

**CERTIFICATE OF COMPLIANCE**

This response complies with Fed. R. App. P. 32 because it has been prepared in a proportionally spaced typeface, 14-point Times New Roman.

*s/ David R. Fox*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 26, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*s/ David R. Fox*